UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce St
Suited 1300
Newark, NJ 07102
973-622-1584

Order Filed on August 29, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ninetta White

Case No.:     18-15253

Chapter:     13

Judge:     John K. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 29, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     55 Oakland Avenue Springfield, NJ 07081

Creditor:     Roundpoint Mtg. Servicing Corp.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Michelle Labayen_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 30, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2