UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Nissan Motor Acceptance Corporation
Our File No.:  46973
JM-5630

**Order Filed on September 19,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

Ninetta White

| | |
|---|---|
| Case No.: | 18-15253 |
| Hearing Date: | 9-13-2018 |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:      ☑ Followed      ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19,
2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____ Nissan Motor Acceptance Corporation _____ , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏       Real property more fully described as:

☑       Personal property more fully described as:

    2012 Nissan Sentra
    Vehicle Identification Number
    3N1AB6AP8CL756280

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*