UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Nissan Motor Acceptance Corporation
Our File No.: 46973
JM-5630

In Re:

Ninetta White

Case No.: 18-15253

Hearing Date: 9-13-2018

Judge: JKS

Chapter: 13

Order Filed on September 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

| Recommended Local Form: | ☑ Followed | ☐ Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Nissan Motor Acceptance Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

☐    Real property more fully described as:


☑    Personal property more fully described as:

    2012 Nissan Sentra
    Vehicle Identification Number
    3N1AB6AP8CL756280

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Ninetta White  
       Debtor

Case No. 18-15253-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db             +Ninetta White,    55 Oakland Avenue,    Springfield, NJ 07081-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
        John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation  
         ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
        Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation  
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michelle Labayen    on behalf of Debtor Ninetta   White michelle@labayenlaw.com,  
         benitezgiovanna@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation  
         rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 6