Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−15253−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ninetta White
   fka Nineta L. White
   55 Oakland Avenue
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−1961

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 30, 2018.

   On 10/4/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:               October 25, 2018
Time:              08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 4, 2018
JAN: wdh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ninetta White  
      Debtor

Case No. 18-15253-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 04, 2018  
                          Form ID: 185    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.

```
db            +Ninetta White,   55 Oakland Avenue,    Springfield, NJ 07081-2308
517393243     +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
517393244     +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517393245     +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517393247     +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517393248     +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517401539      Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517393249     +Nmac,    Po Box 660360,    Dallas, TX 75266-0360
517551566      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517393251     +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517560327     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
517393253     +Summit Medical Group,    150 Floral Ave,    New Providence, NJ 07974-1557
517465791     +Summit Medical Group,    Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
517393255     +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 23:50:00     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517393240      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 23:55:34
               Capital One Bank USA N.,    15000 Capital One Drive,    Richmond, VA 23238
517393239     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 23:55:34     Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517393241     +E-mail/Text: bankruptcy@cavps.com Oct 04 2018 23:50:15     Cavalry Portfolio Services,
               Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517403205     +E-mail/Text: bankruptcy@cavps.com Oct 04 2018 23:50:16     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517393242     +Fax: 602-659-2196 Oct 05 2018 00:11:17     Chex System,    7805 Hudson Road,    suite 100,
               Saint Paul, MN 55125-1703
517393246     +E-mail/Text: cio.bncmail@irs.gov Oct 04 2018 23:49:27     Internal Revenue Service,
               P.O. Box 804527,    Cincinnati, OH 45280-4527
517523565     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 23:50:00     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517393250      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 23:55:37
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517402930      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 23:55:17
               Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
               Norfolk VA 23541
517477471      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2018 00:06:34
               Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517476554      E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2018 23:49:55
               Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
               Kirkland, WA 98083-0788
517393252     +E-mail/Text: clientservices@simonsagency.com Oct 04 2018 23:50:38     Simons Agency, Inc.,
               Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517393254      E-mail/Text: bankruptcy@td.com Oct 04 2018 23:50:05     TD Bank, N.A.,    Attn: Bankruptcy,
               32 Chestnut St,    Lewiston, ME 04243
                                                                                              TOTAL: 15
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*           +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Oct 04, 2018
                              Form ID: 185             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Ninetta   White michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```