| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on October 31, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br>    NINETTA WHITE | Case No.:  18-15253<br><br>Judge:  JOHN K. SHERWOOD |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: October 31, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): NINETTA WHITE

Case No.: 18-15253JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of NISSAN MOTOR ACCEPTANCE CORP, Court Claim Number 1, be modified to amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.