UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Michelle Labayen
Law Office of Michelle Labayen Pc
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

Order Filed on December 7, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ninetta White

Case No.: _____18-15253_____

Chapter: _____13_____

Judge: ___John K. Sherwood___

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2018**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:      55 Oakland Avenue, Springfield NJ 07081

Creditor:      Roundpoint Mortgage Servicing Corp

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Michelle Labayen_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___3/2/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2