UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Ninetta White

Order Filed on March 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-15253

Chapter: 13

Judge: Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____08/29/2018_____ :

Property:    55 Oakland Avenue Springfield, NJ 07081

Creditor:    Roundpoint Mortgage Servicing Corp

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____06/02/2019_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____6/2/19_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2