Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−15253−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ninetta White
   fka Nineta L. White
   55 Oakland Avenue
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−1961

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/28/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 28, 2019
JAN: zlh

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-15253-JKS
Ninetta White                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Mar 28, 2019
                               Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db         +Ninetta White,    55 Oakland Avenue,    Springfield, NJ 07081-2308
cr         +First Guaranty Mortgage Corporation c/o Rushmore L,    15480 Laguna Canyon Road,   Suite 100,
             Irvine, CA 92618-2132
517393244  +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517393245  +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517393247  +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517393248  +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517401539   Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517393249  +Nmac,    Po Box 660360,    Dallas, TX 75266-0360
517551566   Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
             Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
517393251  +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517560327  +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
517465791  +Summit Medical Group,    Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
517393253  +Summit Medical Group,    150 Floral Ave,    New Providence, NJ 07974-1557
517393255  +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:40     U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517393240   EDI: CAPITALONE.COM Mar 29 2019 04:18:00      Capital One Bank USA N.,   15000 Capital One Drive,
             Richmond, VA 23238
517393239  +EDI: CAPITALONE.COM Mar 29 2019 04:18:00      Capital One,
             Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517393241  +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 00:21:04      Cavalry Portfolio Services,
             Attn: Bankruptcy Department,    500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
517403205  +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 00:21:04      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517393242  +Fax: 602-659-2196 Mar 29 2019 01:32:43      Chex System,   7805 Hudson Road,   suite 100,
             Saint Paul, MN 55125-1703
517393243  +EDI: CITICORP.COM Mar 29 2019 04:17:00      Citibank,   PO Box 6241,
             Sioux Falls, SD 57117-6241
517393246  +EDI: IRS.COM Mar 29 2019 04:19:00      Internal Revenue Service,   P.O. Box 804527,
             Cincinnati, OH 45280-4527
517523565  +EDI: MID8.COM Mar 29 2019 04:14:00      Midland Funding LLC,   PO Box 2011,
             Warren, MI 48090-2011
517393250   EDI: PRA.COM Mar 29 2019 04:10:00      Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517402930   EDI: PRA.COM Mar 29 2019 04:10:00      Portfolio Recovery Associates, LLC,
             C/O Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
517477471   EDI: PRA.COM Mar 29 2019 04:10:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
             POB 41067,   Norfolk VA 23541
517476554   EDI: Q3G.COM Mar 29 2019 04:03:00      Quantum3 Group LLC as agent for,
             Galaxy International Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
517393252  +E-mail/Text: clientservices@simonsagency.com Mar 29 2019 00:21:28     Simons Agency, Inc.,
             Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517393254   EDI: TDBANKNORTH.COM Mar 29 2019 04:19:00      TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,    Lewiston, ME 04243
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Nissan Motor Acceptance Corporation,    PO Box 660366,   Dallas, TX 75266-0366
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: 148             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Ninetta  White michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore
               Loan Management Services dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7
```