UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Ninetta White

Order Filed on June 19, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-15253

Chapter: 13

Judge: Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____08/29/2019____ :

Property:    55 Oakland Avenue Springfield, NJ 07081

Creditor:    Roundpoint Mortgage Servicing Corp.

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____9/2/19____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Ninetta White  
       Debtor

Case No. 18-15253-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jun 19, 2019  
                      Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.  
db        +Ninetta White,   55 Oakland Avenue,    Springfield, NJ 07081-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                          Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:  
        John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation  
         ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation  
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Michelle Labayen    on behalf of Debtor Ninetta   White michelle@labayenlaw.com,  
         silvia@labayenlaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation  
         rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore  
         Loan Management Services dnj@pbslaw.org  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                            TOTAL: 7