UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Michelle Labayen**

**Law Office of Michelle Labayen PC**

**24 Commerce Street**

**SUITE 1300**

**Newark, NJ 07102**

**973-622-1584**

**michelle@labayenlaw.com**

**Order Filed on July 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 18-15253 |
|---|---|
| NINETTA WHITE | Adv. No.: |
| | Judge: John K. Sherwood |

### ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: July 9, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Case 18-15253-JKS    Doc 89    Filed 07/09/19    Entered 07/10/19 07:57:48    Desc Main
Document       Page 2 of 2

**Page 2 WHITE, NINETTA Order to Approve Loan Modification**

---

The Debtor, NINETTA WHITE having moved this Court for an Order pursuant to Rule 9019(a)

of the Bankruptcy Rules, approving a Loan Modification Agreement regarding the first mortgage

held by Rushmore Loan Management Services LLC against the Debtor's residence and all

creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail

of the proposed Loan Modification, and no one having appeared in opposition thereto, and it

appearing that the said settlement is proper and in the best interest of the estate, on motion of the

debtor herein, it is after presentment of this Order pursuant to F.R.B.P 9010, it is hereby:

**ORDERED,** the debtor will provide for the filing of an Amended J or Modified Plan within

seven (7) days of the signed Order Approving the Loan Modification.

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Loan Modification

as set forth in the application in support thereof.