UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street
SUITE 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

**Order Filed on July 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

NINETTA WHITE

Case No.: 18-15253

Adv. No.:

Judge: John K. Sherwood

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 WHITE, NINETTA Order to Approve Loan Modification

---

The Debtor, NINETTA WHITE having moved this Court for an Order pursuant to Rule 9019(a) of the Bankruptcy Rules, approving a Loan Modification Agreement regarding the first mortgage held by Rushmore Loan Management Services LLC against the Debtor's residence and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the proposed Loan Modification, and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order pursuant to F.R.B.P 9010, it is hereby:

**ORDERED,** the debtor will provide for the filing of an Amended J or Modified Plan within seven (7) days of the signed Order Approving the Loan Modification.

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Loan Modification as set forth in the application in support thereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-15253-JKS
Ninetta White                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jul 10, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db             +Ninetta White,    55 Oakland Avenue,    Springfield, NJ 07081-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michelle Labayen    on behalf of Debtor Ninetta  White michelle@labayenlaw.com, silvia@labayenlaw.com
      Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7