Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−15253−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ninetta White
   fka Nineta L. White
   55 Oakland Avenue
   Springfield, NJ 07081

Social Security No.:
   xxx−xx−1961

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 31, 2018.

On 8/29/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  September 27, 2019
Time:                  08:30 AM
Location:              Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 6, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ninetta White  
    Debtor

Case No. 18-15253-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Sep 06, 2019  
                         Form ID: 185     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.

```
db           +Ninetta White,    55 Oakland Avenue,    Springfield, NJ 07081-2308
cr           +First Guaranty Mortgage Corporation c/o Rushmore L,    15480 Laguna Canyon Road,    Suite 100,
               Irvine, CA 92618-2132
517393243    +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
517393244    +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517393245    +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517393247    +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517393248    +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517401539     Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517393249    +Nmac,    Po Box 660360,    Dallas, TX 75266-0360
517551566     Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517393251    +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517560327    +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
517393253    +Summit Medical Group,    150 Floral Ave,    New Providence, NJ 07974-1557
517465791    +Summit Medical Group,    Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2019 00:15:16      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2019 00:15:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517393240     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2019 00:20:14
               Capital One Bank USA N.,    15000 Capital One Drive,    Richmond, VA 23238
517393239    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2019 00:20:53      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517393241    +E-mail/Text: bankruptcy@cavps.com Sep 07 2019 00:15:40      Cavalry Portfolio Services,
               Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517403205    +E-mail/Text: bankruptcy@cavps.com Sep 07 2019 00:15:40      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517393242    +Fax: 602-659-2196 Sep 07 2019 01:01:06      Chex System,    7805 Hudson Road,    suite 100,
               Saint Paul, MN 55125-1703
517393246    +E-mail/Text: cio.bncmail@irs.gov Sep 07 2019 00:14:25      Internal Revenue Service,
               P.O. Box 804527,    Cincinnati, OH 45280-4527
517523565    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2019 00:15:11      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517393250     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2019 00:20:19
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517402930     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2019 00:21:43
               Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
               Norfolk VA 23541
517477471     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2019 00:21:44
               Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517476554     E-mail/Text: bnc-quantum@quantum3group.com Sep 07 2019 00:15:05
               Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
               Kirkland, WA 98083-0788
517393252    +E-mail/Text: clientservices@simonsagency.com Sep 07 2019 00:16:00      Simons Agency, Inc.,
               Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517393254     E-mail/Text: bankruptcy@td.com Sep 07 2019 00:15:18      TD Bank, N.A.,    Attn: Bankruptcy,
               32 Chestnut St,    Lewiston, ME 04243
517393255     E-mail/Text: DASPUBREC@transunion.com Sep 07 2019 00:13:54      TransUnion,
               555 W. Adams Street,    Chicago, IL 60661
                                                                                               TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*          +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 06, 2019
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
          John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michelle Labayen    on behalf of Debtor Ninetta   White michelle@labayenlaw.com,
           silvia@labayenlaw.com;giovanna@labayenlaw.com
          Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore
           Loan Management Services dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```