UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

**Order Filed on October 2, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:
   NINETTA WHITE

Case No.:  18-15253 JKS

Hearing Date:  9/27/2019

Judge:  JOHN K. SHERWOOD

Debtor is Entitled To Discharge

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  18-15253 JKS

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/29/2019, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 4/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $18,450.00 paid into date over 18 month(s), and then

    the sum of $240.00 for a period of 42 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-15253-JKS
Ninetta White                                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 03, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
db              +Ninetta White,    55 Oakland Avenue,    Springfield, NJ 07081-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
     John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
      ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
     Kevin Gordon McDonald    on behalf of Creditor    First Guaranty Mortgage Corporation
      kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Michelle Labayen    on behalf of Debtor Ninetta  White michelle@labayenlaw.com,
      silvia@labayenlaw.com;giovanna@labayenlaw.com
     Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
      rsolarz@kmllawgroup.com
     Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 7