| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 5, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    NINETTA WHITE | Case No.:  18-15253<br><br>Judge:  JOHN K. SHERWOOD |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: November 5, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): NINETTA WHITE

Case No.: 18-15253JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of FIRST GUARANTY MORTGAGE CORPORATION, Court Claim Number 9, be reduced to amount paid to date through the plan by the Standing Trustee.