**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

   NINETTA WHITE

**Order Filed on November 5, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  18-15253**

**Judge:  JOHN K. SHERWOOD**

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: November 5, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  NINETTA WHITE

Case No.:  18-15253JKS

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

_____

ORDERED, that the claim of FIRST GUARANTY MORTGAGE CORPORATION, Court Claim

Number 9, be reduced to  amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Ninetta White
            Debtor

Case No. 18-15253-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 05, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db             +Ninetta White,    55 Oakland Avenue,    Springfield, NJ 07081-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
          John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   First Guaranty Mortgage Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Michelle  Labayen   on behalf of Debtor Ninetta  White michelle@labayenlaw.com,
           silvia@labayenlaw.com;giovanna@labayenlaw.com
          Rebecca Ann Solarz   on behalf of Creditor   First Guaranty Mortgage Corporation
           rsolarz@kmllawgroup.com
          Robert P. Saltzman   on behalf of Creditor   First Guaranty Mortgage Corporation c/o Rushmore
           Loan Management Services dnj@pbslaw.org
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                               TOTAL: 7