| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ninetta White <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1961 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15253–JKS | |

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ninetta White
   fka Nineta L. White


   2/4/21                                                    **By the court:** <u>John K. Sherwood</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-15253-JKS
Ninetta White                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Feb 04, 2021      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ninetta White, 55 Oakland Avenue, Springfield, NJ 07081-2308 |
| cr | + | First Guaranty Mortgage Corporation c/o Rushmore L, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 517393244 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 517393245 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517393247 | #+ | KML Law Group PC, 216 Haddon Avenue, ste 406, Collingswood, NJ 08108-2812 |
| 517393248 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 517401539 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517393249 | + | Nmac, Po Box 660360, Dallas, TX 75266-0360 |
| 517560327 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517465791 | + | Summit Medical Group, Simon's Agency Inc, PO Box 5026, Syracuse, NY 13220-5026 |
| 517393253 | + | Summit Medical Group, 150 Floral Ave, New Providence, NJ 07974-1557 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517393240 | | EDI: CAPITALONE.COM | Feb 05 2021 01:23:00 | Capital One Bank USA N., 15000 Capital One Drive, Richmond, VA 23238 |
| 517393239 | + | EDI: CAPITALONE.COM | Feb 05 2021 01:23:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517393241 | + | Email/Text: bankruptcy@cavps.com | Feb 04 2021 21:05:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 517403205 | + | Email/Text: bankruptcy@cavps.com | Feb 04 2021 21:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517393242 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 04 2021 21:05:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 517393243 | + | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517393246 | + | EDI: IRS.COM | Feb 05 2021 01:23:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 517523565 | + | EDI: MID8.COM | | |

Case 18-15253-JKS    Doc 118    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 05 2021 01:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517393250 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517402930 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517477471 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517551566 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2021 21:21:52 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517476554 | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517393252 | + Email/Text: clientservices@simonsagency.com | Feb 04 2021 21:06:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517393254 | EDI: TDBANKNORTH.COM | Feb 05 2021 01:23:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517393255 | Email/Text: DASPUBREC@transunion.com | Feb 04 2021 21:03:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 517393251 | ##+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor First Guaranty Mortgage Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 29 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Michelle Labayen
    on behalf of Debtor Ninetta White michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com

Rebecca Ann Solarz
    on behalf of Creditor First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7